UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENONI AMPONSAH, RONALD BROOKS, BRUCE CASE, HENRY COOPER, PEDRO DAVILA, ALBERT EXUM, DOMINQUE FENNELL, CODY GARDINO, JAMES GLADDEN, JODI HODGES, ANTHONY JELKS, AMEER LAWTON, CHARLES MCWILLIAMS, MICKONEN MICKAEL, KERRY PAGE, DEREK PEGUES, HERU TCHAAS, CALVIN WILLIAMS, COURTNEY GAYLE, JOSE ISTURIZ, WINSTON TEW, and OLBIN VELEZ, | CIVIL ACTION<br><br>FILE NO. 1:14-cv-03314-ODE |
| Plaintiffs, | |
| v. | |
| DIRECTV, INC., DIRECTV, LLC, MASTEC NORTH AMERICA, and MULTIBAND CORP., | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Henry M. Perlowski of the law firm Arnall

Golden Gregory LLP hereby enters his appearance as counsel for Defendants

7183677v1

DirecTV, Inc. and DIRECTV, LLC (together, "DIRECTV"),[1] and Defendant MasTec North America, Inc. (collectively with DIRECTV, the "Moving Defendants"), requesting that all notices, pleadings, and other material be sent by the CM/ECF system to the following address:

Henry M. Perlowski, Esq.
henry.perlowski@agg.com
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA  30363
Tel.:  (404) 873-8500
Fax:  (404) 873-8501

Respectfully submitted, this the 20th day of January, 2015.

/s/ Henry M. Perlowski
Henry M. Perlowski
Georgia Bar No. 572393
henry.perlowski@agg.com

ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: 404-873-8500
Facsimile: 404-873-8501
Counsel for Defendants
DIRECTV, INC., DIRECTV, LLC and
MASTEC NORTH AMERICA

---

[1] Effective January 1, 2012, DIRECTV, Inc. merged into DIRECTV, LLC, and thereby ceased to exist.  Thus, although Plaintiffs purport to name two DIRECTV entities as Defendants, only one of those entities (DIRECTV, LLC) still exists.

7183677v1

## CERTIFICATE OF COMPLIANCE

By his signature below, and as required by Local Rule 7.1.D., counsel for Defendants DirecTV, Inc., DIRECTV, LLC and MasTec North America, Inc. certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.B, namely, Book Antiqua (13 point).

Respectfully submitted, this the 20th day of January, 2015.

/s/ Henry M. Perlowski
Henry M. Perlowski

7183677v1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing NOTICE OF APPEARANCE OF COUNSEL on all counsel of record by causing a copy of the same to be filed electronically through the Court's ECF system which will automatically send email notification to:

>David A. Bain
>dbain@bain-law.com

This the 20th day of January, 2015.

>/s/ Henry M. Perlowski
>Henry M. Perlowski
>Georgia Bar No. 572393
>henry.perlowski@agg.com