IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENONI AMPONSAH, RONALD BROOKS, BRUCE CASE, HENRY COOPER, PEDRO DAVILA, ALBERT EXUM, DOMINIQUE FENNELL, CODY GARDINO, JAMES GLADDEN, JODI HODGES, ANTHONY JELKS, AMEER LAWTON, CHARLES MCWILLIAMS, MICKONEN MICKAEL, KERRY PAGE, DEREK PEGUES, HERU TCHAAS, CALVIN WILLIAMS, COURTNEY GAYLE, JOSE ISTURIZ, WINSTON TEW, and OLBIN VELEZ, | Case No. 1:14-cv-03314-ODE |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| DIRECTV, INC., DIRECTV, LLC, MASTEC NORTH AMERICA, and MULTIBAND CORP., | |
| Defendants. | |

**DEFENDANT MULTIBAND CORP.'S MOTION TO
DISMISS THE COMPLAINT AGAINST MULTIBAND**

Defendant Multiband Corp. ("Multiband") hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Complaint as against Multiband. Of the 22 Plaintiffs in this case, **only one**, Calvin Williams, purports to bring any claims

against Multiband.  However, under the standard two-year FLSA statute of limitations, Mr. Williams' claims against Multiband are time-barred and must be dismissed (leaving no claims against Multiband and requiring its dismissal from the case).  There are insufficient facts in the Complaint to support a three-year statutory period or equitable tolling.  Also, the relation-back doctrine does not save his claims.

Even if certain claims made by Mr. Williams are not time-barred, his Complaint must still be dismissed in its entirety for failure to state a plausible claim against Multiband because Mr. Williams fails to identify any direct employer, and does not allege sufficient facts in support of a joint employer relationship for Multiband.

The basis for the Motion is further explained in the attached Memorandum of Law, which is incorporated herein.

Dated:  January 20, 2015

**Respectfully submitted,**

*s/ Adam Keating, Esq.*
G.A. Bar No. 202672
Attorneys for Multiband Corp.
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: 404-253-6916

Email: AKeating@duanemorris.com

Michael Tiliakos (pro hac pending)
N.Y. Bar No. 028791996
Natalie Hrubos (pro hac pending)
P.A. Bar No. 307255
1540 Broadway
New York, N.Y. 10036-4086
Telephone:  (212) 692-1045
Email:  MTiliakos@duanemorris.com
            NFHrubos@duanemorris.com

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1 (B) and (C), using 14-point Times New Roman font.

*/s/ Adam C. Keating*
Adam C. Keating

## CERTIFICATE OF SERVICE

I, Adam C. Keating, hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon interested parties.

> */s/ Adam C. Keating*
> Adam C. Keating

Dated:  January 20, 2015

DM2\5334473.1