FILED IN CHAMBERS
U.S.D.C. - Atlanta

JAN 2 2 2015

~..~ ..~., Clerk

Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BENONI AMPONSAH, RONALD          )
BROOKS, BRUCE CASE, HENRY        )
COOPER, PEDRO DAVILA, ALBERT     )
EXUM, DOMINQUE FENNELL,          )
CODY GARDINO, JAMES              )
GLADDEN, JODI HODGES,            )
ANTHONY JELKS, AMEER             )
LAWTON, CHARLES                  )      CIVIL ACTION
MCWILLIAMS, MICKONEN             )
MICKAEL, KERRY PAGE, DEREK       )      FILE NO. 1:14-cv-03314-ODE
PEGUES, HERU TCHAAS, CALVIN      )
WILLIAMS, COURTNEY GAYLE,        )
JOSE ISTURIZ, WINSTON TEW, and   )
OLBIN VELEZ,                     )
                                 )
        Plaintiffs,              )
                                 )
v.                               )
                                 )
                                 )
DIRECTV, INC., DIRECTV, LLC,     )
MASTEC NORTH AMERICA, Inc.       )
and MULTIBAND CORP.,             )
                                 )
        Defendants               )

ORDER EXTENDING TIME FOR DEFENDANTS DIRECTV, INC.,
DIRECTV, LLC AND MASTEC NORTH AMERICA, INC. TO
RESPOND TO PLAINTIFFS' COMPLAINT

Defendants DirecTV, Inc., DIRECTV, LLC, and MasTec North America,

Inc. (collectively, "Moving Defendants") have filed a Consent Motion for

Extension of Time to Answer, Move, or Otherwise Respond to Plaintiffs'

Complaint (the "Consent Motion").  Pursuant to Rule 12(a)(1)(A) of the Federal

Rules of Civil Procedure, an answer, motion or response would otherwise be due

on or before Tuesday, January 20, 2015.  The Court finds that Plaintiffs and co-

defendant Multiband Corp. have consented to an extension of this deadline and

that such an extension would be reasonable.  The Court therefore GRANTS the

Consent Motion.  Accordingly, it is ORDERED AND ADJUDGED that the time

within which Moving Defendants may answer, move, or otherwise respond to

Plaintiffs' Complaint [Docket No. 1] is extended through and including January

27, 2015.

SO ORDERED this ___21___ day of January, 2015.

The Honorable Orinda D. Evans
Senior Judge,
United States District Court
Northern District of Georgia