IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENONI AMPONSAH, RONALD BROOKS, BRUCE CASE, HENRY COOPER, PEDRO DAVILA, ALBERT EXUM, DOMINIQUE FENNELI, CODY GARDINO, JAMES GLADDEN, JODI HODGES, ANTHONY JELKS, AMEER LAWTON, CHARLES MCWILLIAMS, MICKONEN MICKAEL, KERRY PAGE, DEREK PEGUES, HERU TCHAAS, CALVIN WILLIAMS, COURTNEY GAYLE, JOSE ISTURIZ, WINSTON TEW, and OLBIN VELEZ,<br><br>  Plaintiffs,<br><br>vs.<br><br>DIRECTV, INC., DIRECTV, LLC, MASTEC NORTH AMERICA, INC., and MULTIBAND CORP.,<br><br>  Defendants. | Case No. 1:14 –CV-03314-ODE |

**DIRECTV'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

(1)     The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- The parent companies of DIRECTV, LLC[1]: DIRECTV, LLC is owned by DIRECTV Holdings LLC.  DIRECTV Holdings LLC is owned by The DIRECTV Group, Inc.  The DIRECTV Group, Inc. is an indirect, wholly owned subsidiary of DIRECTV.

- DIRECTV is a publicly traded company.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, association, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- As to Defendants:  None

---

[1] On January 1, 2012, DIRECTV, Inc., a named defendant in this lawsuit, merged into Defendant DIRECTV, LLC.  DIRECTV, Inc. no longer exists.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- David Andrew Bain, Counsel for Plaintiffs
  George A. Hanson, Counsel for Plaintiffs
  Ryan D. O'Dell, Counsel for Plaintiffs

- Law Offices of David A. Bain, LLC, Counsel for Plaintiffs

- Stueve Siegel Hanson, LLP, Counsel for Plaintiffs

- Counsel for Defendants MasTech North America, DirecTV, Inc. and DirectTV, LLC
  Henry M. Perlowski,
  Edward P. Cadagin
  Linda S. Husar (PHV forthcoming)
  Thomas E. Hill (PHV forthcoming)

- Arnall Golden Gregory LLP (Law Firm) – Counsel for Defendants MasTech North America, DirecTV, Inc. and DirectTV, LLC

- Reed Smith LLP

- Adam Keating, Counsel for Defendant Multiband Corp.

DATED: January 27, 2015

> Respectfully submitted,
> /s/ Henry M. Perlowski
> Henry M. Perlowski
> GA Bar No. 572393
> henry.perlowski@agg.com
> Edward. P. Cadagin

GA Bar No. 647699
Edward.cadagin@agg.com

**Arnall Golden Gregory LLP**
171 17th Street, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8500
Facsimile: 404.873.8501

**REED SMITH LLP**
Linda S. Husar (*PHV* forthcoming)
CA Bar No. 93989
Thomas E. Hill (*PHV* forthcoming)
CA Bar No. 100861
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000
Email: lhusar@reedsmith.com
Email: thill@reedsmith.com
*Attorneys for Defendants MasTec North America, DirecTV, Inc. and DirecTV, LLC*

## CERTIFICATE OF COMPLIANCE

By his signature below, and as required by Local Rule 7.1.D., counsel for Defendants DIRECTV, LLC, DIRECTV, Inc. and MasTec North America, Inc. certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.B, namely, Book Antiqua (13 point).

Respectfully submitted, this the 27th day of January, 2015.

/s/ *Henry M. Perlowski*
Henry M. Perlowski

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of January, 2015, I electronically filed the foregoing document with the Clerk of Court using the CMF/ECF system, which will send notification of such filing to all counsel of record:

David A. Bain
dbain@bain-law.com

George A. Hanson
hanson@stuevesiegel.com

Ryan D. O'Dell
odell@stuevesiegel.com

Adam C. Keating
akeating@duanemorris.com

/s Henry M. Perlowski
Henry M. Perlowski