IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BENONI AMPONSAH,

        Plaintiffs,

v.

DIRECTV, LLC, et al.,

        Defendants.

Case No. 1:14-cv-03314-ODE

FILED IN CHAMBERS
U.S.D.C. - Atlanta
FEB 06 2015
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND TO STAY CASE

NOW ON THIS __6__ day of February, 2015, the Court takes up Plaintiffs' Unopposed Motion for Extension of Time and to Stay Case. Having been fully advised in the premises, the Court hereby rules as follows:

1. All current deadlines are hereby vacated and, effective February __6__, 2015, the case is hereby stayed until the sooner of (a) March 2, 2015, or (b) the date the Joint Panel on Multidistrict Litigation ("JPML") rules on the now-pending motion for consolidation and transfer.

2. The parties shall file a joint written Status Report regarding action taken by the JPML on the Motion for Consolidation and Transfer within five (5) days following such ruling by the panel.

3. Plaintiffs shall be required to file their opposition(s) in response to Defendants' pending motions to dismiss on or before fifteen (15) days after the stay is lifted, but no later than March 17, 2015.

4. Defendants' replies to Plaintiffs' opposition(s) to pending motions to dismiss shall be filed and served twenty-one (21) days after Plaintiffs file their oppositions.

February 4, 2015

_____
Hon. Orinda D. Evans
United States District Judge