IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTIAN LANG, ET AL. | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 10-1085 |
| | § | |
| DIRECTV, INC. ET AL. | § | SECTION "G" (1) |

## NOTICE OF FILING CONSENTS TO JOIN

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Fred Blackwell
2. Stacey Bordelon
3. Ritchie Breitkreutz
4. Rolando Camacho
5. Bruce Case
6. Luis Cisneros
7. Matthew Coleman
8. Larry Dauzat
9. Steven Fisher
10. Kyle Foral
11. Julio Galisceo
12. Corey Garland
13. Jamel Gates
14. Joseph Graham
15. Timothy Griffith
16. Robert Hebron
17. Ryan Honstein
18. Kirby Johnson
19. Carl Kennedy
20. Joseph Laney
21. Bret Long
22. Frank Minozzi
23. Mario Murphy
24. Chad Nash
25. Ricardo Newman
26. Corey Pacheco
27. Brian Page
28. Derek Pegues
29. Devin Peterson
30. Andrew Plemmons
31. Carens Pomponeau
32. Jayson Porter
33. David Purol
34. Monico Ramirez
35. Robert Rivera
36. Reynel Santana
37. Michael Scott
38. Gabriel Shalala
39. Alexandr Shtrigel
40. Daniel Sobieszek
41. Ty Thomas
42. Dustin Tjapkes
43. Arthur Vardaman
44. Anthony Vitier
45. John Walker
46. Charles Watson
47. Michael Welch
48. Steve Welsh
49. Daniel Wiggins
50. Jason Wooten

Dated:   September 12, 2012    **Respectfully submitted,**

/s/ George A. Hanson
George A. Hanson, *Pro Hac Vice*
Andrew W. Funk, MO59977
STUEVE SIEGEL HANSON LLP
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
Telephone:  816-714-7100
Facsimile:   816-714-7101
Email:  hanson@stuevesiegel.com

JESSE B. HEARIN, III (La. Bar Roll No. 22422)
HEARIN, LLC
1009 Carnation Street, Suite E
Slidell, Louisiana 70460
(985) 639-3377
E-Mail: jbhearin@hearinllc.com

JONATHAN P. LEMANN (La. Bar No. 26380)
COUHIG PARTNERS, LLC
643 Magazine Street, Ste. 300
New Orleans, LA 70130
Tel: 504-588-1288
Facsimile: 504-588-9750
Email; couhigre@couhigpartners.com

MICHAEL G. CROW (La. Bar Roll No. 4626)
THE CROW LAW FIRM
643 Magazine Street, Suite 300
New Orleans, Louisiana 70130
Tel: 504.599.5770
Facsimile: 504.588.9750
Email: mgc@mgcrowlaw.com

Michele L. Hornish, Pro Hac Vice
LEAR WERTS LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Telephone:         312-558-1366
Facsimile:           573-875-1985
Email:                hornish@learwerts.com

Bradford B. Lear, Pro Hac Vice  
LEAR WERTS LLP  
2003 W. Broadway, Ste. 107  
Columbia, MO 65203  
Telephone:    (573) 875-1991  
Facsimile:    (573) 875-1985  
Email:    lear@learwerts.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2012, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

s/ George A. Hanson  
Attorney for Plaintiffs

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

CHRISTIAN LANG, ET AL.

v.

DIRECTV, INC. ET AL.

CIVIL ACTION

NO. 10-1085

SECTION "G" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against DirecTV, Inc. If this case does not proceed collectively, I also consent to join any subsequent action against DirectTV for unpaid wages and overtime. By joining this lawsuit, I designate the named Plaintiff(s) as my representative(s), and allow them, to the fullest extent possible, to make decisions on my behalf concerning the case, the method and manner of conducting the case, including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit to the fullest extent permitted by law. I understand that I will be bound by any ruling, settlement, or judgment whether favorable or unfavorable. For purposes of this lawsuit, I choose to be represented by Hearin, LLC, Crow Law Firm, LLC, Couhig Partners, LLC, Stueve Siegel Hanson LLP, and Lear Werts LLP and other attorneys with whom they may associate.

Signature: _____          08 25 2012
Brian Page                                 Date Signed