IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENONI AMPONSAH, PEDRO DAVILA, ALBERT EXUM, DOMINIQUE FENNELL, JODI HODGES, ANTHONY JELKS, CHARLES MCWILLIAMS, DEREK PEGUES, HERU TCHAAS, and OLBIN VELEZ,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC, and MASTEC NORTH AMERICA, INC.,<br><br>Defendants. | CIVIL NO. 1:14-cv-03314<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR SETTLEMENT APPROVAL<br><br>[~~PROPOSED~~ ORDER] |

The Court held a telephone conference regarding the Settlement on September 7, 2018.

Now on this 26th day of September, 2018, being fulling advised in the premises and for good cause shown, Plaintiffs' Unopposed Motion for Settlement Approval is hereby **SUSTAINED**. The parties are ordered to carry-out the terms of the settlement forthwith and this action is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

9/26/18
Date

_Leigh Martin May_
Hon. Leigh Martin May
United States District Judge